**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                            PLAINTIFF

v.                                              NO. 4:09CR00132 JLH

STEVEN MARSHALL                                                                                     DEFENDANT

**ORDER**

Steven Marshall has filed a Motion to Delay Acceptance of Change of Plea. Essentially what he asks is that the Court hear his plea colloquy but delay accepting the plea of guilty until he is sentenced so that he will not be taken into custody. To follow that course of action would defeat the congressional intent, which is that persons convicted of the crime to which Marshall will plead guilty should be taken into custody when convicted. Therefore, the motion is DENIED. Document #31. The Court will, however, direct the Probation Office to expedite the preparation of the presentence report so as to minimize the amount of time that Marshall spends in protective custody at the Pulaski County Jail or wherever the United States Marshals Service places him pending his sentence.

IT IS SO ORDERED this 31st day of December, 2009.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE